IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES PHILIP BEYOR,**
    Plaintiff,

vs.                                          3:05cv293/RV/MD

**STATE OF FLORIDA, et al.,**
    Defendants.

_____

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 10, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

    DONE AND ORDERED this 14th day of September, 2005.

                                            /s/ *Roger Vinson*
                                            **ROGER VINSON**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**